IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MARCELO WATTS,<br><br>    Plaintiff,<br><br>v.<br><br>PLM VENTURES, LLC, PRECISION LANDSCAPTE MANAGEMENT, LLC and CHAD M. KELLER,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:16-CV-00167-CDL |

ORDER AND JUDGMENT

Upon consideration of the Plaintiff's Motion for Settlement Approval (ECF 9), the Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement (Exhibit 1 to motion, ECF 9), are fair, just and reasonable under the circumstances.  The Settlement Agreement is hereby APPROVED and the Motion for Settlement Approval (ECF 9) is GRANTED.  The Clerk shall dismiss this case with prejudice and each party shall bear its own costs, attorney's fees, and expenses.

SO ORDERED this 5th day of June, 2017.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA